# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. WILLIAMS,, <br><br>  Petitioner, <br><br> vs. <br><br> DENNIS SMITH, Warden, <br><br>  Respondent. | 1:08-cv-00355-AWI-TAG (HC) <br><br> ORDER AUTHORIZING <br> IN FORMA PAUPERIS STATUS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **March 14, 2008**              /s/ Theresa A. Goldner
                    UNITED STATES MAGISTRATE JUDGE